NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARLENE M. CROAL-MANUEL,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2012-3070

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110612-I-1.

---

## ON MOTION

---

## ORDER

Darlene M. Croal-Manuel moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Darlene M. Croal-Manuel
Joshua A. Mandlebaum, Esq.

s24

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 1 2012

JAN HORBALY
CLERK